1

2

3

4

5

6

7

8

9       **UNITED STATES DISTRICT COURT**

10      **CENTRAL DISTRICT OF CALIFORNIA**

11         **WESTERN DIVISION**

| | |
|---|---|
| 12 GROVER PRODUCTS CO., | Case No.: 2:14-cv-08938-CBM (PLAx) |
| 13    Plaintiff, | [~~PROPOSED~~] **ORDER GRANTING** |
| 14    v. | **STIPULATED PROTECTIVE ORDER** |
| 15 FLEETPRIDE, INC. d/b/a PARTS | |
| 16 DISTRIBUTING CO., | **DISCOVERY MATTER** |
| 17    Defendant. | |
| 18 FLEETPRIDE, INC. d/b/a PARTS | |
| 19 DISTRIBUTING CO., | |
| 20     Counterclaimant, | |
| 21    v. | |
| 22 GROVER PRODUCTS CO., | |
| 23    Counterclaim Defendant. | |

24

25

26

27

28

1      Upon consideration of the Parties' Proposed Stipulated Protective Order dated

2  April 1, 2015, and finding good cause thereon, **IT IS HEREBY ORDERED**

3  **THAT:**

4      The terms of the Stipulated Protective Order shall govern the handling and

5  disclosure of confidential, proprietary, or private information produced in this

6  action.

7

8  DATED: _____4|2|15_____        _____

9                                 Honorable Paul L. Abrams
                                   United States Magistrate Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                2